IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIRIAM ROVNER, individually, and through her Next Friends, NEIL AND NINA ROVNER; and NEIL and NINA ROVNER, Individually** | : : : : : : | **CIVIL ACTION NO. 1:CV-11-2335** |
| **Plaintiffs** | : : | **(CHIEF JUDGE KANE)** **(Magistrate Judge Carlson)** |
| v. | : : | |
| **KEYSTONE HUMAN SERVICES, et al.** | : : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a July 18, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Commonwealth defendants' motion to dismiss the second amended complaint (Doc. No. 96) is **GRANTED** in its entirety.

3) The Clerk of Court shall close the case.

                                                     s/ Yvette Kane
                                                     YVETTE KANE, Chief Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania

Dated: August 6, 2013